RECOMMENDED FOR FULL-TEXT PUBLICATION
Pursuant to Sixth Circuit Rule 206
File Name: 06a0180p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

_____

No. 00-4033

WILLIAM DWIGHT DOTSON,

>*Plaintiff-Appellant,*

*v.*

REGINALD A. WILKINSON,

>*Defendant-Appellee.*

Nos. 00-4033/4051

No. 00-4051

ROGERICO J. JOHNSON,

>*Plaintiff-Appellant,*

*v.*

MARGARETTE T. GHEE,

>*Defendant-Appellee.*

_____

Filed: May 25, 2006

Before: BOGGS, Chief Judge; MARTIN, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, GILMAN, GIBBONS, and ROGERS, Circuit Judges.

_____

**ORDER**

_____

This case is remanded to the United States District Court for the Northern District of Ohio pursuant to the Supreme Court's judgment of April 13, 2005.

ENTERED BY ORDER OF THE COURT

/s/ Leonard Green

_____

Clerk